# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| LOVITEDO, LLC<br><br>          Plaintiff,<br>   v.<br><br>THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A,"<br><br>          Defendants. | Civil Action No. 1:24-cv-02414<br><br>JURY TRIAL DEMANDED |

## SCHEDULE A – SEALED DOCUMENT

This document is being filed under seal with a motion for leave to file documents under Seal. A full version of Schedule A will be filed separately under seal and will remain under seal until further order of this court.

DATED March 25, 2024.                                                      Respectfully submitted,

                                                                                           By: /s/ Pete Wolfgram
                                                                                           Pete Wolfgram
                                                                                           Stratum Law LLC
                                                                                           2424 E. York St. Ste. 223
                                                                                           Philadelphia, PA, 19125