**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| LOVITEDO, LLC<br><br>　　　　　　Plaintiff,<br><br>　　　　v.<br><br>THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A,"<br><br>　　　　　　Defendants. | Civil Action No. 1:24-cv-02414<br><br>Judge Franklin U. Valderrama<br><br>JURY TRIAL DEMANDED |

## NOTICE OF VOLUNTARY DISMISSAL

Plaintiff hereby gives notice that, Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the Plaintiff, and or their counsel(s), gives notice that Defendants HIGHMIX (Defendant No. 5), DYNVUE (Defendant No. 3), and LUBBYGIM (Defendant No. 8) are dismissed with prejudice.

Dated: 5-6-24

Respectfully submitted,

By: */s/ Pete Wolfgram*
Pete Wolfgram
Stratum Law LLC
2424 E. York St. Ste. 223
Philadelphia, PA, 19125
*for Plaintiff*