# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.1)
### Eastern Division

Lovitedo, LLC

                          Plaintiff,

v.                                                  Case No.: 1:24−cv−02414

                                                   Honorable Franklin U. Valderrama

The Partnerships and Unincorporated Associations identified in Schedule A, et al.

                          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, October 29, 2024:

      MINUTE entry before the Honorable Franklin U. Valderrama: Pursuant to the satisfaction of judgment regarding Defendant No. 15 Maeytau [38], Plaintiff acknowledges payment of an agreed upon damages amount, costs, and interest and desires to release this judgment and hereby fully and completely satisfy the same as to Maeytau. Accordingly, the Clerk of the Court is directed to make an entry of the full and complete satisfaction on the docket of said judgment. The motion to set aside default [34] is terminated as moot. Mailed notice. (jcm)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.